UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dharma Systems, Inc.,
   Plaintiff

   v.

Philips Electronics North America Corporation,
   Defendant

No. 06-00153 JD

| PROTECTIVE ORDER

Having reviewed the Joint Motion for Protective Order filed by the parties, together with the Confidentiality Stipulation attached thereto, the Court GRANTS the Motion, and thus approves and adopts the Confidentiality Stipulation.

**SO ORDERED.**

Dated: September 15, 2006

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
U.S. District Judge